65 A.3d 296

**Rebecca CRAWLEY, Co–Administrator of the Estate of Julia May Dizzley, Deceased and Henry Perkins, Co–Administrator of the Estate of Julia May Dizzley, Deceased, Petitioners**

v.

**CARE PAVILION, INC., Respondent.**

Supreme Court of Pennsylvania.

April 17, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED,** and the case is REMANDED to the court of common pleas for reconsideration in light of *Scampone v. Highland Park Care Ctr., LLC,* 57 A.3d 582 (Pa.2012). Petitioners' Application for Leave to File Post–Submission Communication is **DENIED** as moot.